**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SCOTT DAVIS,

                     Petitioner,

    -against-

WARDEN, J.M. KILLIAN

                     Respondent.
------------------------------------------------------------X



07 CIVIL 6584 (SAS)

**JUDGMENT**

     A petition for habeas corpus pursuant to U.S.C. § 2241 having been submitted to the Honorable Schira A Scheindlin, United States District Judge, and the Court, on Mar 7, 2008, having rendered its Memorandum Opinion & Order dismissing the motion to modify sentence, directing the Clerk to close case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated Mar 7, 2008, the petitioner's motion to modify his sentence is denied; accordingly, the case closed.

DATED:  New York, New York
             Mar 12, 2008

                                              J. MICHAEL McMAHON
                                                   Clerk of Court
                                     BY:
                                                      Deputy Clerk